## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States v. Martin A. Sandoval

Case Number: 20-cr-56

An appearance is hereby filed by the undersigned as attorney for:

Martin A. Sandoval

Attorney name (type or print): Dylan Smith

Firm: Freeborn & Peters LLP

Street address: 311 South Wacker Drive, Suite 3000

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6298703
(See item 3 in instructions)

Telephone Number: (312) 360-6394

Email Address: dsmith@freeborn.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☑ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 27, 2020

Attorney signature: S/ Dylan Smith

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015