UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 20 CR 56 |
| | ) | |
| MARTIN SANDOVAL | ) | Honorable Andrea R. Wood |

**APPEARANCE OF COUNSEL**

Please take notice that the undersigned Assistant United States Attorney James Durkin is assigned to the above captioned case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ James Durkin*
JAMES DURKIN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-6630

DATE: January 27, 2020