**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FILED**

JAN 28 2020

JUDGE ANDREA WOOD
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 20 CR 56 |
| MARTIN A. SANDOVAL | The Honorable Andrea R. Wood |

## WAIVER OF INDICTMENT

I, Martin A. Sandoval, the above-named defendant, who is accused of bribery and filing a false tax return, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on January 28, 2020 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Martin A. Sandoval
Defendant

_____
Dylan Smith
Attorney for Defendant