UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN A. SANDOVAL | No. 20 CR 56<br><br>Judge Andrea R. Wood |

## JOINT STATUS REPORT

On January 28, 2020, defendant, Martin A. Sandoval, pled guilty to one count each of bribery, in violation of 18 U.S.C. § 666, and filing a false tax return, in violation of 26 U.S.C. § 7206(1). (R. 11, 1/28/20 Minute Order.) The Court ordered defendant released on bond and scheduled a status hearing for July 29, 2020. (*Id.*) Since then defendant has been fully compliant with the conditions of his release and has continued to provide valuable cooperation.

The parties believe the status hearing should be rescheduled to in or after December 2020, with defendant's presence excused.

Date: June 9, 2020

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:   /s *Christopher J. Stetler*                /s *Dylan D. Smith*
      CHRISTOPHER J. STETLER             Dylan D. Smith
      JAMES P. DURKIN                        Freeborn & Peters LLP
      Assistant United States Attorneys     311 South Wacker Drive
      United States Attorney's Office         Suite 3000
      219 South Dearborn Street, Fifth Floor    Chicago, Illinois 60606
      Chicago, Illinois 60604                  (312) 360-6394
      (312) 353-7602