UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　v.<br><br>MARTIN A. SANDOVAL | No. 20 CR 56<br><br>Judge Andrea R. Wood |

## UNOPPOSED MOTION TO DISMISS

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves this honorable Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the above-captioned Information and vacate the judgment of guilty as to Counts One and Two. Defendant, MARTIN A. SANDOVAL, passed away on December 5, 2020 (*see* Government Exhibit A), and his attorney does not object to this motion.

Dated: March 31, 2021

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　JOHN R. LAUSCH, JR.
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　/s/ *Christopher J. Stetler*
　　　　　　　　　　　　　　　　　　CHRISTOPHER J. STETLER
　　　　　　　　　　　　　　　　　　JAMES P. DURKIN
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　　　Room 500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　(312) 353-7602