# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
### MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2020 0114763
**MEDICAL EXAMINER'S CASE NUMBER:** ME2020-14120
**DATE ISSUED:** 12/9/2020

**DECEDENT'S LEGAL NAME:** MARTIN ABEL SANDOVAL
**SEX:** MALE
**DATE OF DEATH:** DECEMBER 05, 2020

**COUNTY OF DEATH:** COOK
**AGE AT LAST BIRTHDAY:** 56 YEARS
**DATE OF BIRTH:** [redacted]

**CITY OR TOWN:** PROVISO TWP
**HOSPITAL OR OTHER INSTITUTION NAME:** FOSTER G MC GAW HOSPITAL
**PLACE OF DEATH:** INPATIENT

**BIRTHPLACE:** CHICAGO, IL
**SOCIAL SECURITY NUMBER:** [redacted]
**STATUS AT TIME OF DEATH:** MARRIED
**SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME:** MARINA ESPINOZA
**EVER IN U.S. ARMED FORCES?** NO

**RESIDENCE:** [redacted]
**APT NO.:**
**CITY OR TOWN:** CHICAGO
**INSIDE CITY LIMITS?** YES

**COUNTY:** COOK
**STATE:** IL
**ZIP CODE:** 60629
**FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:** ABEL SANDOVAL
**MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:** ANGELES [redacted]

**INFORMANT'S NAME:** MARINA SANDOVAL
**RELATIONSHIP:** WIFE
**MAILING ADDRESS:** [redacted] CHICAGO, IL

**METHOD OF DISPOSITION:** BURIAL
**PLACE OF DISPOSITION:** SAINT MARY CATHOLIC CEMETERY
**LOCATION - CITY OR TOWN AND STATE:** EVERGREEN PARK, IL
**DATE OF DISPOSITION:** DECEMBER 12, 2020

**FUNERAL HOME:** WOLNIAK FUNERAL HOME, 5700 S. PULASKI RD., CHICAGO, IL, 60629

**FUNERAL DIRECTOR'S NAME:** NANCY ANN WOLNIAK COOK
**FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER:** 034011910

**LOCAL REGISTRAR'S NAME:** ANTHONY WILLIAMS
**DATE FILED WITH LOCAL REGISTRAR:** DECEMBER 8, 2020

### CAUSE OF DEATH

**PART I.**
**IMMEDIATE CAUSE** (Final disease or condition resulting in death):
a. PNEUMONIA — UNKNOWN
Due to (or as a consequence of):
b. NOVEL CORONA (NOVEL CORONA COVID-19 VIRUS INFECTION) VIRAL INFECTION — UNKNOWN
Due to (or as a consequence of):
c.
Due to (or as a consequence of):

**PART II.** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I:
HYPERTENSION, CHRONIC KIDNEY DISEASE, OBESITY

**WAS AN AUTOPSY PERFORMED?** NO
**WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH?** N/A

**FEMALE PREGNANCY STATUS:** NOT APPLICABLE
**MANNER OF DEATH:** NATURAL

**DATE OF INJURY:**
**TIME OF INJURY:**
**PLACE OF INJURY:**
**INJURY AT WORK?**
**LOCATION OF INJURY:**
**DESCRIBE HOW INJURY OCCURRED:**
**IF TRANSPORTATION INJURY, SPECIFY:**

**ATTEND THE DECEASED?**
**DATE LAST SEEN ALIVE:**
**WAS MEDICAL EXAMINER OR CORONER CONTACTED?**
**DATE PRONOUNCED:** DECEMBER 05, 2020
**TIME OF DEATH:** 10:01 AM

**CERTIFIER:** MEDICAL EXAMINER/CORONER
**DATE CERTIFIED:** DECEMBER 07, 2020

**NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** PONNI ARUNKUMAR MD, 2121 W HARRISON ST, CHICAGO, IL, 60612
**PHYSICIAN'S LICENSE NUMBER:** 1594756



This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Karen A. Yarbrough
Cook County Clerk



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE