# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

USA

,

Plaintiff(s),

v.

Martin A Sandoval ,

Defendant(s).

Case No. 1-20-cr-00056-1

Judge Andrea Wood

## ORDER

Telephonic status hearing held on 4/1/2021. The Government's unopposed motion to dismiss [27] is granted. The Court dismisses the information and vacates the judgment of guilty as to counts one and two of the information. Pretrial Services is directed to return any property in their possession, including Mr. Sandoval's passport, to Attorney Dylan D. Smith.

TC:06

Date: 4/1/2021

Andrea R. Wood
United States District Judge